WILLIAM R. MELVILLE, Appellant, v. JEAN R. MELVILLE, Respondent. MALCOLM SUMNER, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BAINBRIDGE COLBY, Suing as a Stockholder, etc., Respondent, v. ADAMS SECURITIES CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FANNY G. SELDEN, Appellant, v. LAZARUS E. SCHLECHTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HELEN McGETRICK and Another, Respondents, v. HARRY PELTZMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

CECELIA ROUX, Appellant, v. ELIZABETH M. SINNOTT and Another, Respondents.— Order modified by striking out the words " the judgment to stand as security unless the defendants elect to file a surety company bond in lieu thereof," and inserting as a further condition to the granting of the motion that within five days from service of this order with notice of entry thereof defendants file a surety company bond in the sum of six thousand five hundred dollars to secure any judgment plaintiff may recover herein; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Upon failure to comply with the terms of the order as so modified the said order appealed from is reversed, with ten dollars costs and disbursements to the appellant and the motion denied, with ten dollars costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

DOROTHY ROSABELLE YOUNG, Respondent, v. COURTLAND H. YOUNG, Appellant.— Order modified by striking out the provisions therein contained for the payment of counsel fee, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUIS GORDON and Another, Appellants, v. JOHN L. MILLER, JR., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WALTER McKINLEY WOODWARD, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BRIDGET CARROLL, Appellant, v. SOPHIE FELDMAN and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NICOLA CINO, Respondent, v. PATRICK McGOVERN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.